**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01256-CV

### IN RE PROASSURANCE INSURANCE COMPANY, Relator

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. 352,923-401**

## ORDER

Before the Court is relator's unopposed motion to schedule a filing date for its reply brief, in which relator requests that the Court permit relator to file a reply brief on or before November 20, 2015. We **GRANT** the motion.

/s/     CRAIG STODDART
        JUSTICE